339 A.2d 520

**Joseph L. FRIEDMAN**

v.

**Richard K. ROHRICH, an Individual,**
**et al., Appellants.**

Supreme Court of Pennsylvania.
Argued March 10, 1975.
Decided May 13, 1975.
Rehearing Denied July 7, 1975.

Vincent C. Murovich, Jr., Pittsburgh, for appellants.

Reed J. Davis, Pittsburgh, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROB-ERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION OF THE COURT

PER CURIAM.

Decree affirmed.   Costs to be borne by appellants.